UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br> BERNARD ANTONIO MILLARD, SR., <br><br> DEBTOR. | ) CHAPTER 13 <br> ) <br> ) CASE NO.: 18-53552-PMB <br> ) <br> ) <br> ) |

### CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW MELISSA J. DAVEY, Chapter 13 Trustee, and objects to confirmation of the plan and files this Motion to Dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. Debtor has failed to file a Certificate of Service indicating that the Pre-Confirmation Modified Plan and/or Modification Statement was served on all entities listed on the Mailing Matrix, in violation of F.R.B.P. 3015, 2002 and NDGA Bankruptcy Court General Order 21-2017, Section 4.2.
2. The Amended Chapter 13 Plan is ineffective and cannot be administered by the Chapter 13 Trustee because it fails to correctly identify the amended Plan sections as required by NDGA Bankruptcy Court General Order 21-2017.

WHEREFORE, the Trustee moves the Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

March 14, 2018

/s/Jason L. Rogers
Jason L. Rogers
Attorney for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

18-53552-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

      DEBTOR(S):
      BERNARD ANTONIO MILLARD, SR.
      2693 HOMELAND DRIVE
      DORAVILLE, GA  30360

      DEBTOR(S) ATTORNEY:
      SLIPAKOFF & SLOMKA, PC
      OVERLOOK III, SUITE 1700
      2859 PACES FERRY RD, SE
      ATLANTA, GA  30339

with a copy of the Chapter 13 Trustee's Supplemental Objection to Confirmation and Motion to Dismiss by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

March 14, 2018

      Prepared and Presented by:

      /s/Jason L. Rogers
      Jason L. Rogers
      Attorney for the Chapter 13 Trustee
      GA Bar No. 142575
      260 Peachtree Street, NW, Suite 200
      Atlanta, GA 30303
      (678) 510-1444 Phone
      (678) 510-1450 Fax